UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

**CLOSED CIVIL CASE**

Case No. 07-14169-CIV-GRAHAM/WHITE

GARFIELD WESTON BIRMINGHAM,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Movant's Motion to Vacate Sentence pursuant to Title 28 U.S.C. § 2255 [D.E. 1].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 3]. On April 10, 2008, the Magistrate Judge held an evidentiary hearing on the Motion [D.E. 18]. The Magistrate Judge then issued a Report recommending that the Motion to Vacate be denied [D.E. 20]. The Movant has failed to timely file objections to the Magistrate Judge's Report.

**THE COURT** has a conducted a review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 20] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Movant's Motion to Vacate Sentence and pursuant to Title 28 U.S.C. § 2255 is **DENIED** [D.E. 1]. It is further

**ORDERED AND ADJUDGED** that this case is CLOSED and all pending Motions are DENIED as MOOT.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of May 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Patrick A. White
      Counsel of Record

2